**Motion Granted; Continuing Abatement Order filed December 1, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00474-CV
_____

### CHERYL SUE ZARSKY, Appellant

### V.

### CAROLYN ANN WHITE, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF ORA WHITE, DECEASED, Appellee

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 456601-401**

## CONTINUING ABATEMENT ORDER

This is an appeal from a judgment signed on April 2, 2020. The notice of appeal was timely filed on July 1, 2020. On August 26, 2020, counsel for appellant, Cheryl Sue Zarsky, filed a suggestion of death informing this court that Zarsky died on August 4, 2020. Counsel believes that his client died testate naming her daughter, Cherie Zarsky, as independent executrix. Counsel intends to seek the authority to represent the estate of Cheryl Sue Zarsky in this appeal.

Texas Rule of Appellate Procedure 7.1(a)(1) provides,

If a party to a civil case dies after the trial court renders judgment but before the case has been finally disposed of on appeal, the appeal may

be perfected, and the appellate court will proceed to adjudicate the appeal as if all parties were alive. The appellate court's judgment will have the same force and effect as if rendered when all parties were living. The decedent party's name may be used on all papers.

Tex. R. App. P. 7.1(a)(1).

On September 3, 2020, we abated this appeal to allow counsel time to obtain authority from the estate of Cheryl Sue Zarsky to pursue this appeal. *See Casillas v. Cano*, 79 S.W.3d 587, 592 (Tex. App.—Corpus Christi-Edinburgh 2002, no pet.); *Murphy v. Murphy*, 21 S.W.3d 797, 798 (Tex. App.—Houston [1st Dist.] 2000, published order).

On October 30, 2020, counsel for appellant informed this court that a contest had been brought against appellant's will. Counsel requests until January 5, 2021 to obtain authority from the estate of Cheryl Sue Zarsky to pursue this appeal. This court requires assurance from whomever is deemed the personal representative of the estate of Cheryl Sue Zarsky that it is represented by counsel by **January 5, 2021**, or the appeal will be dismissed for want of prosecution. Tex. R. App. P. 42.3(b).

## PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.